U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 0 2 2016

TONY R. MOORE  CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| SANDY SMITH, JR. | CIVIL ACTION NO. 1:16-CV-01211 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| LA DEPT. OF PUBLIC SAFETY AND CORRECTIONS, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Smith's request for a temporary restraining order and/or preliminary injunction (Doc. 1) is **DENIED**.

**THUS ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana on this 2nd day of December 2016.

_____
JUDGE JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE