RECEIVED
AUG - 3 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SANDY SMITH, Plaintiff | CIVIL ACTION NO. 1:16-CV-01211 P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| KEITH DEVILLE, *ET. AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Smith's Motion to Amend Complaint (Doc. 14), to the extent it can be construed as a Motion to Reopen, is DENIED.

**IT IS FURTHER ORDERED** that Smith's Petition for Writ of Mandamus and Request for Temporary Restraining Order (Doc. 15) are DENIED.

**THUS ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana on this 3rd day of August, 2018.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE